UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SISTER E. JONES-BEY,

                Plaintiff,

     -against-

PAMELA K. CHEN, ET AL.,

                Defendants.

21-CV-6142 (LTS)

CIVIL JUDGMENT

---

Pursuant to the orders issued on September 17, 2021, and July 6, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted, for seeking relief against defendants who are immune from such relief, 28 U.S.C. § 1915(e)(2)(B)(ii), (iii), and, consequently, as frivolous, 28 U.S.C. § 1915(e)(2)(B)(i). *See Mills v. Fischer,* 645 F.3d 176, 177 (2d Cir. 2011) ("Any claim dismissed on the ground of absolute judicial immunity is 'frivolous' for purposes of [the in forma pauperis statute].").

The Court denies Plaintiff's request for a writ of *habeas corpus*. (ECF 10.)

The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 6, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                      Chief United States District Judge